JUN -1 1983

DOCKET NO. 546

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CATANELLA AND E.F. HUTTON & COMPANY INC. SECURITIES LITIGATION

TRANSFER ORDER

This litigation consists of five actions pending in two federal districts: four actions in the District of New Jersey and one action in the Eastern District of Pennsylvania. The matter is before the Panel on a motion, pursuant to 28 U.S.C. §1407, brought by E.F. Hutton & Company Inc. (E.F. Hutton) and Kenneth G. Catanella (Catanella), defendants in all five actions, to centralize actions in this litigation in the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings.[1]

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in all five actions that defendants violated federal securities laws by, inter alia, failing to disclose to plaintiffs that a judgment had been entered against Catanella in 1979 for securities fraud in a civil action in the Southern District of Indiana. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We conclude that the Eastern District of Pennsylvania is the most preferable transferee district for this litigation. We note that 1) most of the parties either reside or maintain offices in the Eastern District of Pennsylvania; 2) according to movants, many discovery sources are likely to be found in the Philadelphia area; and 3) the first-filed action among those presently before the Panel is pending in the Eastern District of Pennsylvania.

---

[1] The motion included one additional action -- Wiseman Transportation Consultants, Inc. v. Kenneth G. Catanella, et al., E.D. Pennsylvania, C.A. No. 83-0637 -- that was subsequently dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable James T. Giles for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-546 -- In re Catanella and E.F. Hutton & Company, Inc. Securities Litigation

### District of New Jersey

David Taraborelli v. Kenneth G. Catanella, et al.,
C.A. No. 82-3600
Saul M. Shulik, et al. v. Kenneth G. Catanella, et al.,
C.A. No. 83-0271
Ronald Singer v. Kenneth G. Catanella, et al.,
C.A. No. 83-0563
John M. Rastelli, et al. v. Kenneth G. Catanella, et al.,
C.A. No. 83-0643

### Eastern District of Pennsylvania

Edward Gaugler v. E. F. Hutton & Co., Inc., et al.,
C.A. No. 82-3176